IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.G. on behalf of M.G.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT and MARY BASS, in her official capacity as Director of the SELPA and Director of Special Education and Psychological Services for Clovis Unified School District,<br><br>　　　　Defendants. | NO. 1:10-CV-01979 AWI DLB<br><br>ORDER VACATING MARCH 7, 2011 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

　　Defendants' motion to dismiss has been set for hearing in this case on March 7, 2011. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 7, 2011, is VACATED, and the parties shall not appear at that time. As of March 7, 2011, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　March 2, 2011　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE