1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

8

9

10

11

12

13

14

15

16

R.G. on behalf of M.G.

           Plaintiff,

   v.

CLOVIS UNIFIED SHOOL DISTRICT, et al.,

           Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

1: 10 CV 01979 AWI  DLB

SCHEDULING ORDER (Fed.R.Civ.P 16)

Motion to Augment the Record:
      Filing:      May 23, 2011
      Hearing:   June 27, 2011

Cross Motions for Summary Judgement:
      Filing:      October 19, 2011
      Opposition: November 9, 2011
      Hearing:   November 28, 2011

17

18

**I.**      **Date of Scheduling Conference**

April 4, 2011.

19

20

**II.**    **Appearances of Counsel**

Barbara Ransom appeared on behalf of Plaintiff.

21

22

Gary Robert Gibeaut appeared on behalf of Defendant.

**III.**   **Pre-Trial Motion Schedule**

23

24

Plaintiff's motion to augment the administrative record shall be filed no later than

May 23, 2011 and heard on or before June 27, 2011.

25

26

Cross Motions for Summary Judgement shall be filed no later than October 19,

2011, opposition briefs shall be filed no later than November 9, 2011 and hearing on the motions

27

28

1

1   shall be held  on November 28, 2011, in Courtroom 2 before the Honorable Anthony W. Ishii,

2   United States District Court Judge.

3           **IV.      Settlement Conference**

4           Should the parties desire a settlement conference, they will jointly request one of

5   the court, and one will be arranged.  In making such request, the parties are directed to notify the

6   court as to whether or not they desire the undersigned to conduct the settlement conference or to

7   arrange for one before another judicial officer.

8           **V.      Compliance with Federal Procedure**

9           All counsel are expected to familiarize themselves with the Federal Rules of Civil

10  Procedure and the Local Rules of Practice of the Eastern District of California, and to keep

11  abreast of any amendments thereto.  The Court must insist upon compliance with these Rules if it

12  is to efficiently handle its increasing case load and sanctions will be imposed for failure to follow

13  the Rules as provided in both the Federal Rules of Civil Procedure and the Local Rules of

14  Practice for the Eastern District of California.

15          **VI.      Effect of this Order**

16          The foregoing order represents the best estimate of the court and counsel as to the

17  agenda most suitable to dispose of this case.  The trial date reserved is specifically reserved for

18  this case.  If the parties determine at any time that the schedule outlined in this order cannot be

19  met, counsel are ordered to notify the court immediately of that fact so that adjustments may be

20  made, either by stipulation or by subsequent status conference.

21          **Stipulations extending the deadlines contained herein will not be considered**

22  **unless they are accompanied by affidavits or declarations, and where appropriate attached**

23  **exhibits, which establish good cause for granting the relief requested.**

24          Failure to comply with this order may result in the imposition of sanctions.

25      IT IS SO ORDERED.

26   **Dated:   April 4, 2011**             _____ **/s/ Dennis L. Beck**_____
                                                    UNITED STATES MAGISTRATE JUDGE
27

28                                                  2