**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| R.G. on behalf of M.G., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CLOVIS UNIFIED SCHOOL DISTRICT, ) <br> et al., ) <br> ) <br> Defendants. ) <br> _____ ) | NO. 1:10-CV-01979 AWI DLB <br><br> ORDER VACATING <br> MAY 23, 2011 HEARING DATE <br> AND TAKING MATTER <br> UNDER SUBMISSION |

    Defendants' motion for reconsideration has been set for hearing in this case on May 23, 2011. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 23, 2011, is VACATED, and the parties shall not appear at that time. As of May 23, 2011, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    May 19, 2011

CHIEF UNITED STATES DISTRICT JUDGE