IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.G. on behalf of M.G., <br><br> Plaintiff, <br><br> v. <br><br> CLOVIS UNIFIED SCHOOL DISTRICT and MARY BASS, in her official capacity as Director of the SELPA and Director of Special Education and Psychological Services for Clovis Unified School District, <br><br> Defendants | CV F 10 - 1979 AWI DLB <br><br> ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THE MOTION TO SUPPLEMENT THE RECORD <br><br> Doc. # 30 |

Plaintiff has moved to extend time for the filing of a motion to supplement the administrative record, currently set for May 23, 2011, to June 6, 2011. Plaintiff's motion also seeks to extend the deadline for hearing on the motion to expand the record from June 27, 2011, to July 11, 2011. Defendants filed a notice of non-opposition on May 24, 2011.

There being no objection and good cause appearing, the court hereby ORDERS that the Magistrate Judge's scheduling order of April 5, 2011, (Doc. # 22) is hereby modified as follows: any motion to supplement the administrative record shall be filed and served not later than June 6, 2011, and hearing on such motion shall be scheduled not later than July 11, 2011.

IT IS SO ORDERED.

Dated:  May 26, 2011

CHIEF UNITED STATES DISTRICT JUDGE