**GIBEAUT, MAHAN & BRISCOE**
GARY ROBERT GIBEAUT, ESQ. (State Bar No. 70951)
NANCY MAHAN-LAMB, ESQ. (State Bar No. 117997)
HANS ALBERT GILLINGER, ESQ. (State Bar No. 243973)
KAREN J. MANABO, ESQ. (State Bar No. 274527)
6701 Center Drive West, Suite 611
Los Angeles, California 90045
Telephone: (310) 410-2020 ♦ Facsimile: (310) 410-2010

Attorneys for Defendants, CLOVIS UNIFIED SCHOOL DISTRICT and MARY BASS

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.G. on behalf of M.G.,<br><br>                    Plaintiff,<br><br>vs.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT and MARY BASS[1], in her official capacity as Director of the SELPA and Director of Special Education and Psychological Services for Clovis Unified School District,<br><br>                    Defendants. | Case No. 1:10-cv-01979-AWI-DLB<br>*[Assigned to the Hon. Anthony W. Ishii]*<br><br>**ORDER SETTING SETTLEMENT CONFERENCE**<br><br>**DATE:   July 6, 2011**<br>**TIME:   10:00 a.m.**<br>**CTRM:   "9" (6th Floor)**<br>**Dennis L. Beck, U.S. Magistrate Judge** |

PURSUANT TO THE STIPULATION OF PLAINTIFF, R.G. on behalf of M.G., and Defendants, CLOVIS UNIFIED SCHOOL DISTRICT AND MARY BASS, it is hereby ORDERED that a Settlement Conference is set in the above-entitled action for July 6, 2011, at 10:00 a.m., in Courtroom #9 (6th floor) of the United States District Court for the Eastern District of California.

IT IS SO ORDERED.

Dated:   **June 21, 2011**                         /s/ *Dennis L. Beck*
                                                                 UNITED STATES MAGISTRATE JUDGE