# GIBEAUT, MAHAN & BRISCOE
GARY ROBERT GIBEAUT, ESQ. (State Bar No. 70951)
NANCY MAHAN-LAMB, ESQ. (State Bar No. 117997)
JOHN W. ALLEN, ESQ. (State Bar No. 137496)
HANS A. GILLINGER, ESQ. (State Bar No.: 243973)
6701 Center Drive West, Suite 611
Los Angeles, California 90045
Telephone: (310) 410-2020 ♦ Facsimile: (310) 410-2010

Attorneys for Defendants, CLOVIS UNIFIED SCHOOL DISTRICT
and MARY BASS

## UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| R.G. on behalf of M.G., | **Case No.: 1:10-cv-01979-AWI-BAM** |
| Plaintiff, | *Assigned to: Hon., Anthony Ishii* |
| vs. | **ORDER RE DISMISSAL** |
| CLOVIS UNIFIED SCHOOL DISTRICT and MARY BASS, in her official capacity as Director of the SELPA and Director of Special Education and Psychological Services for Clovis Unified School District, | |
| Defendants. | |

GOOD CAUSE APPEARING HEREIN, based on the resolution of this matter in its entirety,

IT IS HEREBY ORDERED that Case No.: **1:10-ev-01979-AWI-BAM** be dismissed with prejudice at this time.

IT IS SO ORDERED.

Dated:   December 14, 2011       _____
                                CHIEF UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE DISMISSAL